IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
FARGO DIVISION

| | |
|---|---|
| CLARK EQUIPMENT COMPANY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION |
| FIFTH THIRD BANK; and JOHN DOE, | ) FILE NO.: 3:19-CV-00129-ARS ) |
| Defendants. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff CLARK EQUIPMENT COMPANY hereby gives notice of its voluntary dismissal of this action pursuant to Fed.R.Civ.Proc. Rule 41(a)(1)(A)(i) without prejudice.

Respectfully Submitted, this 9th day of July 2019.

                CARLOCK, COPELAND & STAIR, LLP

                By: */s/Mark D. Lefkow*_____
                      MARK D. LEFKOW
                      Georgia Bar No. 004289
                      *(Admitted Pro Hac Vice)*

                ***Attorneys for Plaintiff Clark Equipment Company***

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303
Phone: (404) 522-8220
Fax: (404) 523-2345
Email: mlefkow@carlockcopeland.com
       jdeere@carlockcopeland.com