# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Clark Equipment Company, | ) | |
|---|---|---|
| | ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) | |
| | ) | Case No. 3:19-cv-129 |
| vs. | ) | |
| | ) | |
| Fifth Third Bank and John Doe, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the Plaintiff's "Notice of Voluntary Dismissal" filed on July 9, 2019. See Doc. No. 21. The Plaintiff requests dismissal of its action prior to service of an answer. The Court **ADOPTS** the Plaintiff's notice (Doc. No. 21) and **ORDERS** the action be dismissed without prejudice and without costs or disbursements to any party, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2019.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court